IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| CASIE LEAVELL, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:24-cv-01563-ADA |
| | § | |
| BAZAARVOICE, INC., | § | |
|    Defendant. | § | |

## PLAINTIFF'S NOTICE OF PARTIAL FILING AND ADVISORY REGARDING CORRECTED SUMMARY-JUDGMENT OPPOSITION BRIEF

Plaintiff files this Notice to advise the Court of the following:

1. To comply with the Court's filing deadline, Plaintiff has filed a timely Opposition to Defendant's Motion for Summary Judgment. Due to the timing and volume of materials, certain exhibits are still being finalized, and several citations in the brief are awaiting final verification.

2. Plaintiff is filing this timely version in good-faith compliance with the deadline. A fully cite-checked, corrected version of the Opposition — with all exhibits attached, numbered, and properly cross-referenced — will be filed promptly.

3.  Plaintiff respectfully requests that the Court consider the forthcoming corrected version as the operative filing. No party will be prejudiced, and the corrected filing will materially aid the Court in efficiently reviewing the issues presented.

A corrected brief and full exhibit set will be filed within 24 hours.

Respectfully submitted,

/s/ Casie Leavell

Casie Leavell, Pro Se

[Your email]

[Your address]

[Your phone number]