IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CASIE LEAVELL, Pro Se, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:24-cv-1563-ADA |
| BAZAARVOICE, INC. | § § § | |
| Defendant. | § § | |

### ORDER STRIKING PLAINTIFF'S RESPONSE (ECF No. 55)

Plaintiff filed her response to Defendant's motion for summary judgment on November 14, 2025. *See* ECF No. 55-1. Plaintiff's filing fails to comply with at least local rule CV-10 requiring double-spaced text. Further, the Court believes Plaintiff's filing contains AI hallucinations. ECF No. 55-1 at 6-7 (citing an April 17, 2020 decision that the Court cannot locate), 2 (quoting a *Fort Bend* exhaustion theory without citation). For at least these two reasons, the Court **STRIKES** ECF No. 55.

The Court **ORDERS** the Plaintiff to file a compliant response to Defendant's motion by November 24, 2025. See https://www.txwd.uscourts.gov/court-information/lcr-civil-rules/ for local rules.

This is the second time the Court has requested Plaintiff to comply with the local rules. Plaintiff is hereby **WARNED** that continued failures to comply with the local rules and submitting false case law, to the extent the above-cited decisions do not exist, may lead to sanctions up to and including dismissing this case with prejudice.

SIGNED this 17th day of November, 2025.

_____
ALAN D ALBRIGHT
U.S. DISTRICT COURT JUDGE