IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CASIE LEAVELL, Pro Se, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:24-cv-1563-ADA |
| | § | |
| BAZAARVOICE, INC. | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendant Bazaarvoice, Inc.'s Motion for Summary Judgment. After considering the motion, the response and reply, the summary judgment evidence, and the applicable law, the Court finds that the motion should be **GRANTED**.

Accordingly, it is **ORDERED** that the Defendant's Motion for Summary Judgment is **GRANTED**. Defendant is **ORDERED** to submit a proposed written order within 45 days.

It is further **ORDERED** that all claims asserted by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that all relief not expressly granted herein is **DENIED**.

SIGNED 05/20/2026.

_____
THE HONORABLE ALAN D. ALBRIGHT
U.S. DISTRICT COURT JUDGE